Execution Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PABLO ALVAREZ,

                  Plaintiff,

-vs.-

BRAIRCLIFF BUS COMPANY, INC.
and JOHN BORHO, individually,

                  Defendants.
----------------------------------------------------------X

Case No.: 7:18-cv-12379-CS

**VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party.

The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: New York, NY
_____, 2019

THE LAW OFFICES OF
JACOB ARONAUER

_____
Jacob Aronauer, Esq.
225 Broadway, 3rd Floor
New York, NY 10007
(212) 323-6980
*Attorney for Plaintiff*

Dated: White Plains, NY
7/8_____, 2019

YANKWITT LLP

_____
Alicia A. Tallbe, Esq.
140 Grand Street, Suite 705
White Plains, New York 10601
(914) 686-1500
*Attorney for Defendants*

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

7/18/19

{00116368 1 }                  15

The Clerk shall close the case.